# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN OMAR GARCIA LOPEZ,<br><br>Defendant. | CR-22-35-BU-DLC<br><br>**ORDER REASSIGNING** |

**IT IS HEREBY ORDERED** that the above-captioned cause is

**REASSIGNED** to the Honorable Donald W. Molloy for all further proceedings.

DATED this 22nd day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court